UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KASEY STARKEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., WILLIAM A. MORGAN, WANDA KAY CARSON, MATTHEW PEARCE, EDUARDO ESCALANTE, MIKENNA MCENTEE, TIMOTHY EICHHORN, DARELL BALDWIN, DEVONE BITSEEDY, MICHAEL KAISER, JANON PESCIO,<br><br>　　　　Defendants. | Case No. 2:25-cv-00045-RFB-EJY<br><br>**ORDER** |

　　　Before the Court is Plaintiff's Motions for Permission to Use and Register for Electronic Case Filing. ECF Nos. 6, 9. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions for Permission to Use and Register for Electronic Case Filing (ECF Nos. 6, 9) are GRANTED.

　　　IT IS FURTHER ORDER that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.

　　　IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **February 21, 2025**.

　　　IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

　　　Dated this 22nd day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE